Argued and submitted November 30, 1994, reversed and remanded with instructions April 12, appellants' motion for reconsideration filed April 26 allowed by opinion May 31, 1995
See 134 Or App 585 (1995)

Leilani SCOTT,
Ellen Nelson, Lee Fitzsimmons
and Susan Carrigan,
*Appellants,*

*v.*

CITY OF MEDFORD,
OREGON,
*Respondent.*

(93-3457-E-1; CA A82610)

893 P2d 544

G. Philip Arnold argued the cause for appellants. With him on the brief were Drescher & Arnold, Charles F. Hinkle and Katherine A. McDowell.

Eugene F. Hart, Jr., City Attorney, waived appearance for respondent.

Melanie E. Mansell filed a brief *amicus curiae* for Lon Mabon, Loretta Neet, David Graham and No Special Rights Committee-PAC.

Before Deits, Presiding Judge, and Riggs and Leeson, Judges.

PER CURIAM

Reversed and remanded with instructions to declare charter amendment invalid and to enjoin its enforcement pursuant to ORS 659.165. *deParrie v. State of Oregon,* 133 Or App 613, 893 P2d 541 (1995).